Jose L. Linares
Guillermo C. Artiles
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 639-7944
Fax: (973) 624-7070
jlinares@mccarter.com
gartiles@mccarter.com
mmakhail@mccarter.com

Herbert S. Washer (*Pro Hac Vice* Application Forthcoming)
Jason M. Hall (*Pro Hac Vice* Application Forthcoming)
Edward N. Moss (*Pro Hac Vice* Application Forthcoming)
Lauren A. Riddell (*Pro Hac Vice* Application Forthcoming)
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
lriddell@cahill.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICK CALHOUN, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v. | Case No. 1:23-cv-01297-KMW-SAK<br><br>**DECLARATION OF EDWARD N. MOSS IN SUPPORT OF** |

Case 1:23-cv-06023-DLC   Document 38-2   Filed 06/09/23   Page 2 of 5

| | |
|---|---|
| CREDIT SUISSE GROUP AG, et al.,<br><br>                     Defendants. | **DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Oral Argument Requested [L.R. 78.1]** |
| BRADEN TURNER , Individually and on Behalf of all Others Similarly Situated,<br><br>                     Plaintiff,<br>v.<br>CREDIT SUISSE GROUP AG, et al.,<br><br>                     Defendants. | Case No. 1:23-cv-01476-KMW-SAK |
| MILTON LINHARES , Individually and on Behalf of all Others Similarly Situated,<br><br>                     Plaintiff,<br>v.<br>CREDIT SUISSE GROUP AG, et al.,<br><br>                     Defendants. | Case No. 1:23-cv-02246-KMW-SAK |

I, EDWARD N. MOSS, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My *pro hac vice* application to appear before this Court is forthcoming. I am a partner of the law firm Cahill Gordon & Reindel LLP, attorneys for Credit Suisse Group AG, Axel P. Lehmann, Ulrich Körner, Dixit Joshi, David R. Mathers, and Thomas Gottstein (collectively, the "Defendants") in the above-captioned actions. I submit this declaration to place before the Court certain publicly available documents that are referenced in the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).

2. Annexed hereto as Exhibit 1 is a true and correct copy of the homepage of Core Capital Partners Ltd.'s website, available at https://ccpl.capital (last accessed June 8, 2023).

3. Annexed hereto as Exhibit 2 is a true and correct copy of Credit Suisse's SEC Form 20-F, filed Mar. 14, 2023, available through the SEC's EDGAR service at https://www.sec.gov/Archives/edgar/data/1053092/000137036823000026/0001370368-23-000026-index.html (last accessed June 9, 2023).

4. Annexed hereto as Exhibit 3 is a true and correct copy of Credit Suisse's SEC Form 20-F, filed Mar. 10, 2022, available through the SEC's EDGAR service at https://www.sec.gov/Archives/edgar/data/1053092/000137036822000019/0001370368-22-000019-index.html (last accessed June 9, 2023).


5. Annexed hereto as <u>Exhibit 4</u> is a true and correct copy of the Wall Street Journal's Contact Us page, *Contact Us*, WALL ST. J., available at https://customercenter.wsj.com/contact (last accessed June 8, 2023).

6. Annexed hereto as <u>Exhibit 5</u> is a true and correct copy of a Bloomberg article, *Bloomberg Headquarters in New York Receives Highest 3 Star Fitwel Certification from Center for Active Design*, BLOOMBERG (Mar. 1, 2018), available at https://www.bloomberg.com/company/press/bloomberg-headquarters-new-york-receives-highest-3-star-fitwel-certification-center-active-design (last accessed June 8, 2023).

7. Annexed hereto as <u>Exhibit 6</u> is a true and correct copy of the Credit Suisse Group AG, Bank of New York Mellon, and Owners and Holders of American Depositary Shares Amended and Restated Deposit Agreement, dated November 22, 2016, available at https://content-archive.fast-edgar.com/20221020/ACZZ422CD22252Z222292CZSL6VSZ22S2V42/creditsuisseda.htm (last accessed June 8, 2023).

8. Annexed hereto as <u>Exhibit 7</u> is a true and correct copy of the *U.S. District Courts–Combined Civil and Criminal Federal Court Management Statistics*, U.S. COURTS (Mar. 31, 2023), available at https://www.uscourts.gov/statistics/table/na/federal-court-management-statistics/2023/03/31-1 (last accessed June 8, 2023).

Dated: June 9, 2023  /s/ Edward N. Moss
       New York, New York  Edward N. Moss
                                           (*pro hac vice* application forthcoming)