UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re: CREDIT SUISSE GROUP AG, et al.

23 Civ. 04458
23 Civ. 05874
23 Civ. 04813
23 Civ. 06023
23 Civ. 07297
23 Civ. 06039

CALENDAR NOTICE

-------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | _X_ Status conference | __ Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | __ Fairness Hearing |
| ___Telephone conference | ___Jury Selection and Trial | __ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**on Thursday, September 7, 2023 at 2:00 P.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and filed on the Court's ECF (Electronic Case Filing) system.

Dated: August 24, 2023

New York, New York

So Ordered

*[signature]*

Colleen McMahon, U.S.D.J